COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

MIDDLESEX SUPERIOR COURT
C.A. No. MICV2012-00806

JORGE CORREIA and CATHLEEN RUNNALS,

Plaintiffs

v.

THE TOWN OF FRAMINGHAM, SCOTT BROWN, BRIAN BLUE, DINIS AVILA, AND MICHAEL STRATTON

Defendants

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

Pursuant to 28 U.S.C. §1441(b) and 1446, the Defendants, the Town of Framingham, Scott Brown, Brian Blue, and Dinis Avila, petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the Defendants, Town of Framingham, Scott Brown, Brian Blue, and Dinis Avila, state as follows:

1. On or about March 2, 2012, the Plaintiff filed this suit in the Middlesex Superior Court, Civil Action No. MICV 2012-00806.
2. According to the Middlesex County Superior Court Docket, the Defendant Town of Framingham was served with the compaint on or about April 17, 2012, and the Defendant Michael Stratton was served with the complaint on April 23, 2012.
3. On May 3, 2012, undersigned counsel accepted service of the complaint for the Defendants Brian Blue and Dinis Avila.

4. On May 7, 2012, undersinged counsel accepted service of the complaint for the Defendant Scott Brown.

5. Attached as Exhibit A is a copy of the Plaintiff's complaint and the summonses which were accepted by the Defendants Brian Blue, Dinis Avila and Scott Brown.

6. The complaints reads that "[t]his is an action for money damages and other relief brought pursuant to 42 U.S.C. § 1983."

7. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(b).

8. This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

9. All Defendants consent to the removal of this action.

Respectfully submitted,
The Defendants,
The Town of Framingham, Scott Brown,
Brian Blue, and Dinis Avila
By their attorneys,

*/s/ Thomas R. Donohue*

Leonard H. Kesten, BBO# 542042
Thomas R. Donohue, BBO# 643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com
tdonohue@bhpklaw.com

DATED: May 7, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO #643483

Dated: May 7, 2012