UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.

_____
                                                    )
JORGE CORREIA and CATHLEEN RUNNALS,                 )
                                                    )
            Plaintiffs,                             )
                                                    )
Vs.                                                 )
                                                    )
THE TOWN OF FRAMINGHAM, SCOTT BROWN                 )
BRIAN BLUE, DINIS AVILA, AND                        )
MICHAEL STRATTON                                    )
            Defendants                              )
_____    )

## NOTICE OF APPEARANCE OF LEONARD H. KESTEN

Please enter my appearance on behalf of the Defendants, The Town of
Framingham, Scott Brown, Brian Blue, and Dinis Avila, in the above-captioned
matter.

Respectfully submitted,

The Defendants,
The Town of Framingham,
Scott Brown,
Brian Blue, and
Dinis Avila,

By their attorneys,

    /s/ Leonard H. Kesten
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100
lkesten@bhpklaw.com

Dated:  May 9, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO #542042

Dated:  May 9, 2012