UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE CORREIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 12-10828-NMG |
| ) | |
| THE TOWN OF FRAMINGHAM, et al., ) | |
| ) | |
| Defendants. ) | |

REPORT AND RECOMMENDATION ON
PLAINTIFFS' MOTION TO AMEND (DOC. NO. 51)

July 24, 2013

SOROKIN, C.M.J.

The plaintiffs seek permission to amend their complaint to add three new defendants, all of whom are members of the Framingham Police Department, to existing claims related to one of the two civil rights conspiracies alleged in this action. See Doc. Nos. 51, 52. The proposed defendants object, arguing the request to amend is both untimely and futile. See Doc. No. 53. For the reasons that follow, I recommend the plaintiffs' motion to amend be DENIED.

I.  BACKGROUND[1]

The plaintiffs allege that on April 29, 2010, defendant Scott Brown, a Framingham police officer, drove his unmarked police car into the driveway of an EZ Storage facility where the plaintiffs lived and worked, and then urinated in the driveway. Doc. No. 1-1 at ¶¶ 6-8. When confronted by plaintiff Cathleen Runnals, Brown exposed himself and told Runnals she "should not be looking." Doc. No. 1-1 at ¶¶ 8-9. Plaintiff Jorge Correia arrived and an altercation

---

[1] The facts are drawn from the plaintiffs' complaint, Doc. No. 1-1, and the parties' submissions related to the pending motion.

Report and Recommendation accepted and adopted. /s/ N.M. Gorton, USDJ 8/16/13